UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN THE MATTER OF THE ) Magistrate's Docket Number:
ADMINISTRATIVE INSPECTION OF: )
) 17MC80088
ANSR PHARMACY )
DEA Reg. No.: FA2427587 )
581 MCCRAY STREET )
HOLLISTER, CALIFORNIA 95023 )
)
_____ )

SVK

## WARRANT FOR INSPECTION

TO: Diversion Investigator Marcie L. Johnson and any other duly authorized investigator or agent of the Drug Enforcement Administration ("DEA") of the United States Department of Justice.

Application having been made, and probable cause as defined by 21 U.S.C. § 880(d)(l) having been shown by the Affidavit For Administrative Inspection Warrant by Diversion Investigator Marcie Johnson of the DEA for an inspection of the controlled premises at 581 McCray Street, Hollister, CA., 95023 and of records for controlled substances maintained at the registered retail pharmacy location of ANSR PHARMACY 101, and based on the lack of any prior inspection pursuant to 21 CFR § 1316.09(a)(4)(i), the requested administrative inspection is appropriate pursuant to 21 U.S.C. § 880.

Therefore, pursuant to 21 U.S.C. § 880, you are hereby authorized to enter the above described premises during ordinary business hours to inspect in a reasonable manner and to a reasonable extent, all pertinent equipment, records, files, reports, official order forms, and documents required to be made, kept and

1

maintained under the provisions of the Controlled Substances Act ("CSA"), 21 U.S.C. § 801 *et seq.*, for the purpose of verifying that said records, files, official order forms, reports, documents and controlled substances are properly kept and maintained.

You are hereby further authorized to remove from the above described premises all records, reports, documents, files, inventories and written information which are required to be made, kept and maintained under the provisions of the CSA, 21 U.S.C. § 801 *et seq.*, for the purpose of copying or verifying their correctness and accuracy. Any original documents so removed shall be copied and returned within fourteen (14) days of removal. ANSR PHARMACY 101 shall be provided with a written inventory of any records removed for the purpose of copying.

A prompt return shall be made by the inspecting officers to the duty United States Magistrate Judge, showing that the inspection has been completed and accounting for all property removed pursuant to this warrant, not later than ten (10) days from the issuance of this warrant.

Dated: July 12, 2017

_____
Honorable Susan van Keulen
United States Magistrate Judge
United States District Court
For the Northern District of California



**U.S. DEPARTMENT OF JUSTICE**
DRUG ENFORCEMENT ADMINISTRATION

**Marcie L. Johnson**
Diversion Investigator

716 Brook Street
Suite 110
Rocky Hill, CT  06067

Telephone:	(860) 257-2620
Fax:	(860) 257-2615
Cell:	(860) 797-1452
E-mail: marcie.l.johnson@usdoj.gov